# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALAN I. LEVITT,
Appellant,
vs.
KENNETH EPSTEIN; ALEXANDRA
EPSTEIN-GUDAI; AND IKE GAMING,
INC., D/B/A EL CORTEZ HOTEL &
CASINO,
Respondents.

No. 79403

FILED

DEC 24 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER GRANTING MOTION AND DISMISSING APPEAL

This pro se appeal arises from an order of the district court affirming a judgment of the justice court in a small claims matter. Eighth Judicial District Court, Clark County; Susan Johnson, Judge. Respondent Ike Gaming, Inc., d/b/a El Cortez Hotel & Casino, has filed a motion to dismiss the appeal. The motion is unopposed.

Cause appearing, the motion is granted. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Moreover, to the extent appellant purports to appeal a district court order vacating a hearing scheduled for August 15, 2019, the order is not an appealable determination. *See* NRAP 3A(b). Accordingly, this court lacks jurisdiction to consider this appeal and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1] In light of this order, the court recorder's September 20, 2019, motion for an extension of time to file transcripts is denied as moot.

19-52009

cc:    Hon. Susan Johnson, District Judge
       Alan I. Levitt
       Alexandra Epstein-Gudai
       Kenneth Epstein
       Pyatt Silvestri
       Eighth District Court Clerk